**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF R.A.W.A.       :   No. 226 WAL 2017
                                                 :
                                                 :   Petition for Allowance of Appeal from
PETITION OF: L.J.E., FATHER       :   the Order of the Superior Court
                                                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.